?IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TONIA TIPPINS, DERRIK MAGNUSON, GEORGE HOLLOWAY, JENNIFER REHBERG, GLENDA SMITHLEETH, AND M. ALLEN BUMGARDNER<br><br>*For Themselves and as Representatives of a Class of Similarly Situated Persons,*<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>**Defendant.** | Case No.: 18-cv-00923-DAT |

## NOTICE OF FILING OPT-IN CONSENT FORMS

Plaintiffs Tonia Tippins, Derrik Magnuson, George Holloway, Jennifer Rehberg, Glenda Smithleeth, and M. Allen Bumgardner (collectively, "Plaintiffs"), respectfully submit this notice of filing opt-in consent forms pursuant to the Court's order of March 14, 2022. Dkt. 101 at 2. Two hundred thirty-six (236) prospective class members have opted in to the class. *See* Ex. A. Counsel for Plaintiffs are also in discussions with counsel for Defendant regarding opt-in forms received from individuals who were not on the list of prospective class members supplied by Defendant.

| | |
|---|---|
| Date: June 22, 2022 | Respectfully submitted, |
| | /s Nathan S. Mammen |
| | Nathan S. Mammen<br>Ragan Naresh<br>Emily M. Scott<br>KIRKLAND & ELLIS LLP<br>655 15th St. NW<br>Washington, DC 20005<br>202-879-5000 (phone)<br>nathan.mammen@kirkland.com |
| | *Counsel for Plaintiffs* |